# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTINA GALVAN,
Appellant,
vs.
MATTHEW TRAVIS JOHNSON,
Respondent.

No. 77482

FILED

MAR 22 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On January 11, 2019, this court entered an order instructing appellant to first seek leave to proceed in forma pauperis in the district court. Further, the order cautioned appellant that failure to properly seek leave to proceed in forma pauperis in the district court or to pay the filing fee within 30 days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise communicated with this court. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A B

cc: Hon. Cynthia Dianne Steel, District Judge, Family Court Division
Christina Galvan
Matthew Travis Johnson
Eighth District Court Clerk

19-12805